HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BREANNA MARIE DARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BREANNA MARIE DARROW<br><br>Defendant. | Case No.  6:19-mj-00081 JDP<br><br>**JOINT MOTION TO CONTINE REVIEW HEARING AND EXTEND PROBATION; ORDER** |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Breanna Marie Darrow, hereby stipulate and jointly move this court to continue the review hearing scheduled for February 23, 2021 to April 20, 2021, with the expectation that the case will be resolved prior to that date. The government does not object.

On March 31, 2020 the Honorable Jeremy D. Peterson sentenced Ms. Darrow to 12 months of unsupervised probation which included paying a $700.00 fine to the court, and complete the DMV first time offender course.  Ms. Darrow has advised defense counsel that she was involved in a serious accident and required additional time to complete her probation obligations.

Ms. Darrow's probation currently expires on March 31, 2021. The parties ask to extend Ms. Darrow's probation to April 30, 2021 and fully expect that the case will be resolved by the proposed hearing on April 20, 2021.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: February 11, 2021

*/s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: February 11, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
BREANNA MARIE DARROW

ORDER

Good cause appearing, the court GRANTS the parties' Joint Motion to Continue Review Hearing and Extend Probation filed February 11, 2021 (Doc. No. 12). The review hearing scheduled for February 23, 2021 in this matter is continued until April 20, 2021 and Ms. Darrow's sentence of probation is extended to April 30, 2021.

IT IS SO ORDERED.

Dated: February 15, 2021

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

