HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BREANNA MARIE DARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BREANNA MARIE DARROW<br><br>Defendant. | Case No.  6:19-mj-00081 HBK<br><br>**JOINT MOTION FOR WRITTEN ORDER EXTENDING PROBATION PURSIANT TO LOCAL RULE 137; ORDER** |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Breanna Marie Darrow, hereby stipulate and jointly move this court to a written order pursuant to Local Rule 137 extending Ms. Darrow's probation to October 30, 2021

On April 21, 2020 the Honorable Helena Barch-Kuchta extended Ms. Darrow's term of probation upon request of the parties to October 30, 2021 to allow Ms. Darrow additional time to complete the DMV first time offender course.  Ms. Darrow has advised defense counsel that she was involved in a serious accident and required additional time to complete the course.  In attempting the register for the course, the provider, Kings View, advised Ms. Darrow that she must present a "current" court order, and that the judgement issued by the Honorable Jeremy D. Peterson April 7, 2020, was insufficient.

Because the April 21, 2021 order extending probation only docketed as a minute order,

the parties not move the court to issue a written order which Ms. Darrow may use to complete her registration for the DUI class pursuant to Local Rule 137(a) which states in pertinent part: "…whenever the Court makes an oral order…the prevailing party shall serve upon all other parties and lodge a proposed written order embodying all provisions of the orally announced order…[i]f the proposed order is approved by the Court, it shall be signed and filed." The parties further request that the order be *nunc pro tunc* to April 20, 2021.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  April 21, 2021        */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  April 21, 2021        HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
BREANNA MARIE DARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BREANNA MARIE DARROW<br><br>Defendant. | Case No. 6:19-mj-00081 HBK<br><br>**ORDER EXTENDING PROBATION** |

ORDER OF COURT

On April 21, 2021, a Status Conference was held in this action. Having found good cause, the Court modified the April 7, 2020 judgment (Doc. No. 11) to the extent that defendant Breanna Darrow's probation is extended until October 30, 2021. Defendant is to complete the California First Offender DUI class and complete all other requirements of probation set forth in the April 7, 2020 judgment. The defendant may move to terminate probation if she fully completes all conditions set forth in the April 7, 2020 judgment prior to October 30, 2021.

IT IS SO ORDERED.

Dated:   April 22, 2021

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE