UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BREANNA MARIE DARROW,<br><br>Defendant. | Case No.  6:19-mj-0081-HBK<br><br>ORDER GRANTING JOINT MOTION: EXTENDING PROBATION TO APRIL 15, 2022; REMITTING $240.00 OF FINE; AND CONTINUING REVIEW HEARING<br><br>(Doc. No. 26) |

Pending before the Court is the parties' joint motion filed January 6, 2022.  (Doc. No. 26). The government and defendant jointly petition the Court to extend defendant's previously extended period of probation, reduce the fine ordered by the Court, and continue the January 11, 2022 Review Hearing.  (*Id*.).  The Court construes the joint motion as incorporating a waiver for a hearing.  Fed. R. Crim. P. 32.1(c)(2)(A).

On March 31, 2020, the Court accepted defendant's plea and adjudicated defendant guilty of count 2 of the complaint.  (Doc. No. 10).  On that same date, the Court sentenced defendant, *inter alia*, to 12-months of probation, ordered her to pay a $700.00 fine and complete the DMV First Time Offender DUI Course during her probationary period.  (Doc. No. 11).  Defendant's current extended probationary period expires January 31, 2022.  (*See* Doc. No. 24).

Defendant has made progress, albeit slow, towards completing the terms of her probation

but anticipates completing her DUI course by late January 2022.  Defendant also suffered serious injuries from an accident and has had a significant change in her financial circumstances and seeks a $240.00 reduction of the $700.00 fine imposed.  The joint motion does not reflect what amount, if any, Defendant has paid toward her fine, but the government stipulates that a remittance of the fine in these circumstances is warranted.  (Doc. No. 26 at 2).

Accordingly, it is **ORDERED**:

1. The joint motion (Doc. No. 26) is GRANTED.

2. Pursuant to 18 U.S.C. § 3563(c), the Court will grant **one final** extension to Defendant's probation **to April 15, 2022.**

3. Pursuant to 18 U.S.C. § 3573(1), in the furtherance of justice, the Court remits $240.00 of the $700.00 fine.  Defendant's total fine, including any assessments is $460.00.

4. The January 11, 2022 Review Hearing is CONTINUED to **April 11, 2022 at 10:00 a.m.**  Defendant may move to terminate probation and vacate the April 11, 2022 Review Hearing if in full compliance of the modified terms of her judgment before that date.

Dated:  January 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2